1  JOSH COLE AICKLEN
   Nevada Bar No. 007254
2  Josh.Aicklen@lewisbrisbois.com
   HUONG X. LAM
3  Nevada Bar No. 10916
   Huong.Lam@lewisbrisbois.com
4  LEWIS BRISBOIS BISGAARD & SMITH LLP
   6385 S. Rainbow Boulevard, Suite 600
5  Las Vegas, Nevada 89118
   Telephone: 702.893.3383
6  Facsimile: 702.893.3789
   Attorneys for Defendant
7  COSTCO WHOLESALE CORPORATION

8  **UNITED STATES DISTRICT COURT**

9  **DISTRICT OF NEVADA**

10

11 | SEP HINES,                                           | Case No. 2:23-CV-02158-RFB-BNW
12 |         Plaintiff,
13 |     vs.
                                                          | **STIPULATION AND ORDER FOR**
14 | COSTCO WHOLESALE CORPORATION;                        | **DISMISSAL OF ENTIRE ACTION WITH**
   | DOES I through X, inclusive, and ROE                 | **PREJUDICE**
15 | CORPORATIONS I through X, inclusive,
16 |         Defendants.

17
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28

134233246.1

1  Plaintiff SEP HINES, by and through her attorney of record John B. Greene of GOLIGHTLY &
2  VANNAH, PLLC, and Defendant COSTCO WHOLESALE CORPORATION, by and through its attorneys
3  of record, Josh Cole Aicklen, Esq. and Huong X. Lam, Esq. of LEWIS BRISBOIS BISGAARD & SMITH
4  LLP, agree and stipulate that the entire case shall be dismissed, with prejudice, with each party to bear
5  their own costs and attorney's fees.

7  DATED this 5th day of February, 2024.    /s/ Josh Cole Aicklen
JOSH COLE AICKLEN, Esq.
Nevada Bar No. 007254
HUONG X. LAM, Esq.
Nevada Bar No. 10916
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

14  DATED this 5th day of February, 2024.    /s/ John B. Greene
JOHN B. GREENE, Esq.
Nevada Bar No. 4279
ROBERT D. VANNAH, Esq.
Nevada Bar No. 2503
GOLIGHTLY & VANNAH, PLLC
5555 Kietzke lane, Suite 150
Reno, NV 89511
Attorneys for Plaintiff
SEP HINES

22  / / /
23  / / /
24  / / /
25  / / /
26  / / /

134233246.1                                  2



## ORDER FOR DISMISSAL WITH PREJUDICE

Based on the foregoing stipulation, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the entire case shall be dismissed, with prejudice, with each party to bear their own costs and attorney's fees.

DATED: February 6, 2024.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE